MUSCOGEE MOTOR COMPANY INC. *v.* BROWN *et al.*

GILBERT, Justice. Evidence was introduced on the trial from which a jury might find that the transferee of a mortgage purporting to cover an automobile which had been sold under attachment proceedings, and as to which the petitioner and the transferee claimed the proceeds of the sale, was not an innocent purchaser for value; and the court erred in directing a verdict for the transferee.

*Judgment reversed. All the Justices concur.*

No. 11002. FEBRUARY 21, 1936.

*Paul Blanchard* and *J. R. Terrell Jr.,* for plaintiff.
*R. W. Martin,* for defendants.